

No. 12–0584/AR.  U.S. v. Joshua D. Clark–Smedley.  CCA 20110205.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Army Court of Criminal Appeals is affirmed.*  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0599/MC.  U.S. v. Kevin L. Martin.  CCA 201200041.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted, and the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.*  [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 12–0600/AF.  U.S. v. Mark W. Canant.  CCA S26397.  Appellant's motion to extend time to file a supplement to the petition for grant of review granted to August 10, 2012

---

*  It is directed that the promulgating order be corrected to reflect the finding from possession of '10 or more images' of child pornography to possession of 'seven videos and one image.'

*  It is directed that the promulgating order be corrected to reflect that Charge I is a violation of Article 121.